**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER WINN, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>PHILIP FUSCO, an individual;<br>FRANKLIN R. PECK, an individual;<br>PSG CAPITAL PARTNERS, INC., a<br>California corporation; AMERICAN<br>MONEY GROUP, INC.; and DOES 1<br>through 10, inclusive,<br><br>   Defendants. | Case No.: 8:24-cv-02623<br><br>**ORDER ON STIPULATED JUDGMENT BY AND BETWEEN PLAINTIFF AND DEFENDANTS PHILIP FUSCO AND PSG CAPITAL PARTNERS, INC, ONLY; DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS PHILIP FUSCO AND PSG CAPITAL PARTNERS, INC, ONLY [38]** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

Judgment is entered in favor of Plaintiff Christopher Winn and against the Settling Defendants, Philip Fusco and PSG Capital Partners, Inc., in the amount of $292,376.50.

All other claims and causes of action asserted in the Complaint against the Settling Defendants are dismissed with prejudice, and the Court shall retain jurisdiction over this matter solely for the purpose of enforcing this Judgment.

All claims and causes of action that Plaintiff has against the Non-Settling Defendants, Franklin R. Peck and American Money Group, remain pending and are expressly preserved.

**IT IS SO ORDERED.**

Dated: April 28, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2